IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RUBEN TRAVIS FIELDS,<br>    Petitioner,<br><br>v.<br><br>R.C. MATHENA,<br>    Respondent. | Civil Action No. 7:11CV00001<br><br>**ORDER**<br><br>By: Hon. Glen E. Conrad<br>Chief United States District Judge |

This case is presently before the court on the petitioner's motion for reconsideration. For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion is **DENIED**. Additionally, because Fields has failed to demonstrate "a substantial showing of the denial of a constitutional right," the court **DENIES** a certificate of appealability. See 28 U.S.C. § 2253(c).

The Clerk is directed to send certified copies of this order to the petitioner and counsel of record for the respondent.

ENTER: This 5th day of October, 2011.

                                                      /s/ Glen E. Conrad
                                                      Chief United States District Judge